# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRIEFF BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEP'T OF CORR. & REHAB.,<br><br>　　　　　Respondent. | Case No. CV 12-9126 DMG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which the parties objected.

　　　　The Court accepts the findings and recommendation of the Magistrate Judge. See, e.g., Sexton v. Beaudreauz, ___ U.S. ___, 2018 WL 3148261 at * 4 (June 28, 2018) (*per curiam* remand to Ninth Circuit due to "fundamental error"

for failing to consider "the arguments or theories [that] could have supported the state court's summary decision").

Therefore, IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: October 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE