IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHARRIEFF BROWN,

    Petitioner,

v.

CALIFORNIA DEP'T OF CORR. & REHAB.,

    Respondent.

Case No. CV 12-9126 DMG (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: October 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE